THE STATE, DEFENDANT IN ERROR, v. CHARLES SHARP,
PLAINTIFF IN ERROR.

Argued March 9, 1908—Decided March 9, 1908.

On error to the Supreme Court, whose opinion is reported in 46 *Vroom* 201.

For the plaintiff in error, *John J. Crandall.*

For the state, *G. Arthur Bolte.*

PER CURIAM.

The judgment under review should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Reed in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL, J.J.    14.

*For reversal*—None.